384 A.2d 1001

O'Malley, Appellant, v. Harvey et al.

624

Argued November 16, 1977. R. Spagnolli, with him Edwin H. Beachler, for appellant; James F. Israel, with him Paul W. Roman, Jr., for appellees.

Order affirmed.

SPAETH, J., dissents.